

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00788-CV

Ji **HYUN**,
Appellant

v.

**DNOW L.P.**, d/b/a DistributionNOW and Marley Wiles,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-11226
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED WITH PREJUDICE. We tax costs of court against the party that incurred them.

SIGNED March 20, 2024.

_____
Patricia O. Alvarez, Justice